1010

THE STATE OF WASHINGTON, *Respondent,* v. BILLY RAY BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02367–0, Herbert M. Stephens, J., entered November 19, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Corbett and Scholfield, JJ.

JOHANNA SCHENK, ET AL, *Appellants,* v. CRAIG BUNNEY CONSTRUCTION CO., INC., ET AL, *Respondents.*

*In the Matter of the Arbitration of* JOHANNES L. SCHENK, ET AL, *and* CRAIG BUNNEY CONSTRUCTION CO., INC.

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–03615–5, Robert C. Bibb, J., entered October 10, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Ringold, J.

THE CITY OF SEATTLE, *Petitioner,* v. JAMES R. FORDE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–02711–1, E. Albert Morrison, J., entered March 31, 1981. *Reversed* and *remanded* by unpublished per curiam opinion.